UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 14-CR-20488-JLK

UNITED STATES OF AMERICA

vs.

ADIEL SANCHEZ BREY,

    Defendant.

_____/

## GOVERNMENT'S § 5K1.1 MOTION FOR DOWNWARD DEPARTURE

Pursuant to USSG § 5K1.1, the United States of America hereby moves for a downward departure from the Sentencing Guideline range applicable to Adiel Sanchez Brey ("the "Defendant") in order to reflect his substantial assistance in the prosecution of others. At the sentencing hearing, the government will provide the Court with further information regarding the nature and quality of the defendant's cooperation and substantial assistance.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By: /s/ Marton Gyires
        MARTON GYIRES
        Assistant United States Attorney
        Court ID No.: A5501696
        U.S. Attorney's Office - SDFL
        Southern District of Florida, HIDTA
        11200 NW 20th Street
        Miami, FL 33172
        305-715-7642 (office)
        786-877-2839 (cell)
        305-715-7639 (fax)
        Email: Marton.Gyires@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

/s/ Marton Gyires
Marton Gyires
Assistant United States Attorney
